IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LUCAS OLOGBENLA,  : No. 3:25-CV-1351
     Petitioner  :
      : (Judge Munley)
  v.  :
      :
CRAIG LOWE,  :
     Respondent  :

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Lucas Ologbenla's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **GRANTED**.

2. The government is directed to provide Ologbenla with an individualized bond hearing before an immigration judge in accordance with <u>German Santos v. Warden Pike Cnty. Corr. Facility</u>, 965 F.3d 203 (3d Cir. 2020), within **14 days** of the date of this Order.

3. Ologbenla's motion (Doc. 4) for a temporary restraining order or preliminary injunction is **DISMISSED** as moot.

4. The Clerk of Court is directed to **CLOSE** this case.

Date: __08/14/2025_____       BY THE COURT:

                                                    _s/ Julia K. Munley_____
                                                    **JUDGE JULIA K. MUNLEY**
                                                    **United States District Court**